USDC SCAN INDEX SHEET










```
GAC    4/27/06    11:24
3:05-CV-02062   MICKELSON V. GRAPHITE DESIGN INC
*15*
*STIPO.*
```

FILED

06 APR 26 PM 2:47

CLERK, U.S. DISTRICT CT.
SOUTHERN DISTRICT OF CA.

BY: _____ DEPUTY

| | |
|---|---|
| 1 | John E. Gartman (Cal. Bar No. 152300) |
|   | Lisa M. Martens (Cal. Bar No. 195824) |
| 2 | FISH & RICHARDSON P.C. |
|   | 12390 El Camino Real |
| 3 | San Diego, CA 92130 |
| 4 | Glenn E. Cohen |
|   | BARNES, BARNES & COHEN, P.A. |
| 5 | 1843 Atlantic Boulevard |
|   | Jacksonville, FL 32207 |
| 6 | *Pro Hac Vice* |
| 7 | Attorneys for Plaintiff/Counterdefendant |
|   | PHILIP MICKELSON |
| 8 | |
|   | Daniel M. Livingston |
| 9 | Benjamin A. Nix |
|   | PAYNE & FEARS LLP |
| 10 | 4 Park Plaza, Suite 1100 |
|    | Irvine, CA  92614 |
| 11 | |
|    | Richard P. Sybert |
| 12 | Lindsay J. Hulley |
|    | GORDON & REES |
| 13 | 101 W. Broadway, Suite 2000 |
|    | San Diego, CA  92101 |
| 14 | |
|    | Attorneys for Defendant/Counterclaimant |
| 15 | GRAPHITE DESIGN INTERNATIONAL, INC. |

**VIA FAX**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MICKELSON | |
| Plaintiff, | Case No. 05-CV-2062 H (LSP) |
| v. | Hon. Marilyn L. Huff |
| GRAPHITE DESIGN INC. and GRAPHITE DESIGN INTERNATIONAL, INC. | **STIPULATION OF DISMISSAL** |
| Defendants. | |
| GRAPHITE DESIGN INTERNATIONAL, INC., a California corporation, | |
| Counterclaimant, | |
| v. | |
| PHILIP MICKELSON, | |
| Counterdefendant, | |

15

Case No. 05-CV-2062 H (LSP)

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action, including Plaintiff's claims and
3  Defendant's counterclaims, be and hereby is dismissed with prejudice pursuant to Fed. R. Civ.
4  P. 41(a)(1).

Dated: April 20, 2006                FISH & RICHARDSON, P.C.

By: _____

John E. Gartman
Lisa M. Martens

BARNES, BARNES & COHEN, P.A.

Glenn E. Cohen

Attorneys for Plaintiff PHIL MICKELSON

Dated: April 20, 2006                PAYNE & FEARS LLP

By: _____

Daniel M. Livingston
Benjamin A. Nix

GORDON & REES

Richard P. Sybert
Lindsay J. Hulley

Attorneys for Defendant GRAPHITE DESIGN
INTERNATIONAL, INC.

**IT IS SO ORDERED**
**DATED 4/25/06**

_____
UNITED STATES DISTRICT JUDGE

Case No. 05-CV-2062 H (LSP)

## PROOF OF SERVICE

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 20, 2006, I caused a copy of the following document(s):

## STIPULATION OF DISMISSAL

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Daniel M. Livingston  
Benjamin A. Nix  
PAYNE & FEARS LLP  
4 Park Plaza, Suite 1100  
Irvine, CA 92614  

Attorneys for Defendant  
Graphite Design International, Inc.

Richard P. Sybert  
Lindsay J. Hulley  
GORDON & REES  
101 W. Broadway, Suite 2000  
San Diego, CA 92101  

**VIA FAX**

*VIA U.S. MAIL*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 20, 2006 at San Diego, California.

_____  
Rich Donovan

Case No. 05-CV-2062 H (LSP)